**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM RIVERA,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO. 19-cv-1155** |
| | : | |
| **JOHN E. WETZEL, et al.,** | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, this 25th day of September, 2026, upon consideration of Petitioner's Statement of Claims and Discovery Requests seeking leave to serve four subpoenas (ECF No. 72), Respondent's response in opposition (ECF No. 79), and Petitioner's reply in further support (ECF No. 80), it is hereby **ORDERED** as follows:

1) Petitioner's first request for leave to subpoena the Pennsylvania Board of Continuing Legal Education for the trial prosecutor's CLE records is **DENIED**;
2) Petitioner's second request for leave to subpoena the Philadelphia Police Department (PPD) crime lab for specifically enumerated records from the investigation, as set forth more fully in Petitioner's Discovery Requests, is **GRANTED**;
3) Petitioner's third request for leave to subpoena the PPD crime lab for its evidence collection and storage procedures is **DENIED**; and
4) Petitioner's fourth request for leave to subpoena the Philadelphia Medical Examiner's Office (OME) for notes and correspondence between it and the Philadelphia District Attorney's Office, and for OME policies in effect from September 25, 1995, through February 6, 1998, regarding selecting which medical examiner will testify at trial is **GRANTED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge